UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Individual Case No.: C-06-6386 CRB<br><br>MDL NO. 1699 |
| This Document Relates To:<br><br>Troby Elzie, et al. v. Pfizer, Inc., only regarding Toby Fruge, Junius Guilbert, and James McDonald | STIPULATION OF DISMISSAL |

IT IS STIPULATED AND AGREED between the undersigned parties that, pursuant to Fed. R. Civ. P. 41(a)(1), the following named plaintiffs from Troby Elzie, et al. v. Pfizer, Inc. (No. C-06-6386 CRB), as captioned above, including Toby Fruge, Junius Guilbert, and James McDonald are hereby dismissed with prejudice. Plaintiffs are to pay court costs. The claims of the remaining plaintiff, Troby Elzie, from the above captioned case shall remain in full force and effect.

IT IS SO STIPULATED.

By: _____
Robert L. Salim, Esq.
1762 Texas Street
Natchitoches, Louisiana 71457
Phone: (318) 352-5999; Fax: (318) 352-5998
ATTORNEY FOR PLAINTIFFS
Date : 7-22-08

By: _____/s/_____
Loren Brown, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone : (212) 835-6108
ATTORNEY FOR DEFENDANTS
Date : July 8, 2009



IT IS SO ORDERED
Judge Charles R. Breyer